UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
             :
ROSEMARY MURRAY,                               :
             :
                          Plaintiff,                 :              20-CV-6549 (JMF)
             :
        -v-                                          :
             :
NATIONAL GENERAL HOLDINGS CORPORATION  :
et al.,             :
             :
                        Defendants.          :
             :
------------------------------------------------------------------------X
             :
ELAINE WANG,                                      :
             :
                          Plaintiff,                 :              20-CV-6867 (JMF)
             :
        -v-                                          :
             :                      ORDER
NATIONAL GENERAL HOLDINGS CORPORATION  :
et al.,             :
             :
                        Defendants.          :
             :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On August 17, 2020, Plaintiff Rosemary Murray filed a complaint in 20-CV-6549, which alleges violations of Sections 14(a) and 20(a) of the Securities Exchange Act of 1934 ("Exchange Act") and Rule 14a-9, promulgated thereunder. On August 25, 2020 Plaintiff Elaine Wang filed a similar complaint in 20-CV-6867. No motion for consolidation has been filed, but 20-CV-6867 has been accepted by the Court as related to 20-CV-6549, and the cases appear to involve common questions of law and fact.

Accordingly, it is hereby ORDERED that the parties in each case are directed to file letters no later than **September 11, 2020**, not to exceed three pages each, indicating their views on whether the cases should be consolidated.  If the parties do not file letters opposing consolidation, the Court may consolidate the two cases without further notice to the parties.  It is further ORDERED that Plaintiffs shall promptly serve a copy of this Order on each Defendant and promptly file proof of such service.

SO ORDERED.

Dated: August 28, 2020
      New York, New York

                        JESSE M. FURMAN
                       United States District Judge