```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                    :
ROSEMARY MURRAY,                                    :
                                                    :
                         Plaintiff,                 :    20-CV-6549 (JMF)
                                                    :
         -v-                                        :
                                                    :
NATIONAL GENERAL HOLDINGS CORPORATION               :
et al.,                                             :
                                                    :
                         Defendants.                :
                                                    :
-----------------------------------------------------------------------X
                                                    :
ELAINE WANG,                                        :
                                                    :
                         Plaintiff,                 :    20-CV-6867 (JMF)
                                                    :
         -v-                                        :
                                                    :    ORDER
NATIONAL GENERAL HOLDINGS CORPORATION               :
et al.,                                             :
                                                    :
                         Defendants.                :
                                                    :
-----------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

On August 17, 2020, Plaintiff Rosemary Murray filed a complaint in 20-CV-6549, which alleges violations of Sections 14(a) and 20(a) of the Securities Exchange Act of 1934 ("Exchange Act") and Rule 14a-9, promulgated thereunder.  On August 25, 2020 Plaintiff Elaine Wang filed a similar complaint in 20-CV-6867.  In Plaintiffs' joint letter dated September 10, 2020, they write that "Plaintiffs consent to the consolidation of" both cases, while Defendants "do not oppose consolidation."  20-CV-6867, ECF No. 8.

In light of that, and because the actions involve common questions of law and fact, it is hereby ORDERED that, pursuant to Rule 42(a)(2) of the Federal Rules of Civil Procedure, the two cases are consolidated under the case number 20-CV-6549 (JMF). The Clerk of Court is directed to consolidate 20-CV-6549 (JMF) and 20-CV-6867 (JMF) under case number 20-CV-6549 (JMF), and to close 20-CV-6867 (JMF). **All future filings should be in 20-CV-6549 (JMF) alone.**

It is further ORDERED that Plaintiffs shall promptly serve a copy of this Order on each Defendant and promptly file proof of such service.

SO ORDERED.

Dated: September 10, 2020
       New York, New York

                                        JESSE M. FURMAN
                                        United States District Judge